# ELECTRONIC RECORD

639-15

COA # 05-14-00243-CR        OFFENSE: 28.02

STYLE: Steven Lynn Jones v. The State of Texas        COUNTY: Collin

COA DISPOSITION: AFFIRM        TRIAL COURT: 401st Judicial District Court

DATE: 03/13/2015        Publish: NO        TC CASE #: 401-82891-2011

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Steven Lynn Jones v. The State of Texas        CCA #: 639-15

_APPELLANT'S_ Petition        CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:        DATE: _____

_REFUSED_        JUDGE: _____

DATE: _10/14/2015_        SIGNED: _____        PC: _____

JUDGE: _Per Curiam_        PUBLISH: _____        DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD